IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LASHAWN SPRUELL, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 17-809 |
| v. | : |
| | : |
| KIMBERLY BARKLEY, et al., | : **JURY TRIAL DEMANDED** |
| | : |
| Defendants, | : |
| | : |

**PART 1: CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned counsel of record for defendant, **Kimberly Barkley** in the above captioned civil matter voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date:  June 14, 2018                                       /s/ Timothy Mazzocca
                                                                      Signature

                                                Print Name:   Timothy Mazzocca

-----------------------------------------------------------------------------------------------------------

**PART 2: DISTRICT JUDGE OPTION**

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.

Date: _____                           _____
                                                                      Signature

                                                Print Name:   Timothy Mazzocca

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within *Consent to Jurisdiction* was served upon the following individual via first class mail, postage prepaid:

**David A. Berlin, Esq.**
Weisberg Law
7 South Morton Avenue
Morton, PA 19070

                                                 By:    /s/ Timothy Mazzocca
                                                           TIMOTHY MAZZOCCA
                                                           Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

Date:  June 14, 2018