UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Lashawn Spruell a/k/a Shawn Spruell | : | |
| Plaintiff, | : | NO.: 2:17-cv-00809 |
| v. | : | |
| Tracy Shawley, et al. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

### ORDER

AND NOW this __11th__ day of __Oct__, 2018, upon consideration of Plaintiff's Consent Motion for Leave to File a Response to Defendants' Motion for Summary Judgment's Statement of Material Facts, and Defendants' concurrence thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED, and Plaintiff has leave to file the above Response within fourteen (14) days from the date of entry of this Order.

**AND IT IS SO ORDERED.**

_____, J.
Cynthia R Eddy